IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER STAMPER, | |
| Plaintiff, | Civ. No. 6:18-cv-00569-AA |
| v. | JUDGMENT |
| U.S. BANK, N.A., | |
| Defendant. | |

Pursuant to the Notice of Voluntary Dismissal, this case is DISMISSED with prejudice.

DATED: 8/31/2018

                                              Mary L. Moran, Clerk

                                    By    /s/ Cathy Kramer
                                                  Deputy Clerk

1 –JUDGMENT